10/10/25
8:45 AM
DL

COMMONWEALTH OF VIRGINIA
*CIRCUIT COURT OF FAIRFAX*
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

Bridgette Blackwell vs. Costco Wholesale Corporation et al.

CASE NUMBER: CL-2025-0014945

TO: Costco Wholesale Corporation
Northeast Region
45940 Horseshoe Drive, Suite 150
Sterling VA 20166

## SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.

Done in the name of the Commonwealth of Virginia, on October 6, 2025.

CHRISTOPHER J. FALCON, CLERK

By: ______________________
Deputy Clerk

Plaintiff's Attorney: Pro Se

**Exhibit A**

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR FAIRFAX COUNTY, VIRGINIA**

**BRIDGETTE BLACKWELL,**
8300 Greensboro Drive L1, Ste. 261
McLean, VA 22102

CL. 2025 14945

Plaintiff,

v.

**COSTCO WHOLESALE CORPORATION,**
Northeast Region
45940 Horseshoe Drive, Suite 150
Sterling, VA 20166,

and

**GALLAGHER BASSETT SERVICES, INC.**
804 Moorefield Park Drive, Suite 301
North Chesterfield, VA 23236,

Defendants.

FILED
CIVIL INTAKE
2025 OCT -3 A 2:52
CLERK, CIRCUIT COURT
FAIRFAX, VA

**COMPLAINT FOR PERSONAL INJURIES AND BAD FAITH CLAIMS HANDLING**

Plaintiff, Bridgette Blackwell ("Plaintiff"), by counsel, brings this action against Defendants Costco Wholesale Corporation ("Costco") and Gallagher Bassett Services, Inc. ("GBS") (collectively "Defendants"), and respectfully alleges upon information and belief as follows:

**THE PARTIES**

1. Plaintiff, the herein-named Bridgette Blackwell, is a resident and citizen of Fairfax County, Commonwealth of Virginia.

2. Defendant Costco is a foreign (Washington) corporation duly organized and existing under the laws of the State of Washington, with its principal place of business in Issaquah, Washington,

and conducting substantial business operations within the Commonwealth, including the warehouse store located at 7940 Richmond Highway, Alexandria, VA 22306.

3. Defendant Gallagher Bassett Service is a foreign (Delaware) corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business at 804 Moorefield Park Drive, Suite 301, North Chesterfield, VA 23236, and at all times material hereto served as the third-party claims' administrator responsible for the handling of Plaintiff's insurance claims.

## JURISDICTION AND VENUE

4. This Court has subject-matter jurisdiction over this controversy pursuant to Va. Code § 8.01-261 et seq., in that the amount in controversy exceeds the jurisdictional threshold of this Court.

5. Venue is proper in the Circuit Court for Fairfax County, Virginia, pursuant to Va. Code § 8.01-262, as the acts and omissions giving rise to this Complaint occurred within this jurisdictional district.

## FACTUAL ALLEGATIONS

6. On April 4, 2024, Plaintiff entered the Costco warehouse located at 7940 Richmond Highway, Alexandria, VA, as a business invitee entitled to the highest degree of care by the proprietor.

7. Plaintiff observed a display of boxed Adidas footwear stacked in excess of six feet in height.

8. In the exercise of due care, Plaintiff bent to remove her shoe size which was located in the lower tier of the stack, at which juncture the entire assemblage collapsed precipitously onto her person.

9. As a direct consequence of said collapse, Plaintiff sustained multiple blows to the head, was rendered disoriented and dizzy, had her corrective eyewear dislodged, and was compelled to sit for several minutes to regain composure.

10. Plaintiff nevertheless endeavored to continue her shopping excursion but remained subject to pronounced vertigo and lightheadedness, prompting immediate notification of the incident to the on-duty store manager.

11. The display in question was negligently constructed, maintained, and presented in a manifestly dangerous and unstable condition, in flagrant violation of recognized retail safety

standards and best merchandising practices, thereby creating an obvious and foreseeable peril to business invitees. **"See Exhibit A"**

## MEDICAL CONDITIONS AND DIAGNOSTIC PROCEDURES

12. As a proximate result of the negligence of Costco described herein, Plaintiff suffered severe and debilitating injuries, including, without limitation: **"See Exhibit B"**

A. Concussion and post-concussion syndrome.

B. Persistent and severe headaches and migraines.

C. Chronic cervical pain.

D. Cognitive impairments, including but not limited to significant brain fog, memory deficits, and diminished executive function.

E. Neurological sensitivities to light, sound, and odors.

F. Neuropsychological manifestations, including mood instability, heightened irritability, and emotional volatility.

G. Chronic fatigue.

H. Substantial emotional distress and mental anguish.

I. Loss of medical insurance coverage attributable to her concussion-related disability, resulting in an ongoing uninsured status, compelling her to fund all medical treatment on an out-of-pocket basis. **"See Exhibit C"**

J. Inability to complete prescribed medical treatment due to lack of insurance, necessitating cessation of therapy and rehabilitation services soon after initial treatment, thereby prolonging and exacerbating her medical injuries; and

K. Threats by medical providers to refer outstanding bills to collection agencies due to Defendants' failure to respond to or pay valid claims, causing additional financial distress.

13. Plaintiff underwent extensive diagnostic and evaluative procedures, including:

A. Computed tomography (CT) scan of the head and brain, revealing signs consistent with traumatic brain injury.

B. Magnetic resonance imaging (MRI) of the brain, with and without contrast, disclosing soft-tissue irregularities consistent with concussion pathology.

C. Comprehensive concussion evaluation, including neuropsychological testing, balance and vestibular screening, and neurocognitive performance assessment.

D. Multiple consultations with board-certified neurologists, neuro-ophthalmologists, and other specialists, whose assessments confirm ongoing neurological deficits and the necessity for sustained rehabilitative care.

14. Due to the forced discontinuation of treatment, Plaintiff continues to suffer debilitating symptoms and functional limitations one year post-incident, including persistent headaches, cognitive deficits, and sensory hypersensitivities, which have substantially impaired her ability to conduct daily activities and maintain gainful employment.

## COUNT I
## NEGLIGENCE

15. Plaintiffs incorporates and restates each of the above paragraphs as if fully set forth herein.

16. As the operator of the premises, Costco owed Plaintiff, a business invitee, a duty to maintain the store in a reasonably safe condition, to warn of latent or concealed dangers, and to exercise ordinary care to prevent injuries to invitees.

17. Costco breached its duty of care by, inter alia, the following acts and omissions:

A. Erecting and maintaining an unreasonably high, unstable, and improperly secured display of shoe boxes.

B. Failing to implement, enforce, or adhere to industry-standard safe merchandising protocols.

C. Neglecting to train its employees in proper stacking, securing, and inspection procedures.

D. Failing to conduct periodic inspections of the display to ensure the safety of business invitees.

18. As a direct and proximate result of Costco's negligence, Plaintiff sustained severe personal injuries, incurred substantial medical expenses (including out-of-pocket costs due to loss of insurance), suffered lost wages, endured pain and suffering and mental anguish, and continues to suffer ongoing medical impairments one year after the incident.

**COUNT II**
**BAD FAITH CLAIMS HANDLING**

19. Plaintiffs incorporates and restates each of the above paragraphs as if fully set forth herein.

20. Thereafter, Plaintiff timely submitted exhaustive medical documentation, including hospital records, specialist reports, diagnostic imaging results, and itemized medical bills, to Janette Bates and Tenisha Smith employees of Gallagher Bassett Services, Inc. (Defendant's B) as the designated claims administrator for Costco's insurance program.

21. Gallagher Bassett Services, Inc, pursuant to Va. Code § 38.2-517 and the common-law covenant of good faith and fair dealing, owed Plaintiff an unequivocal duty to acknowledge receipt of timely claims, to undertake a prompt, thorough, and fair investigation, and to pay all legitimate benefits without undue delay.

22. Gallagher Bassett Services, Inc breached its statutory and common-law duties by engaging in the following willful and wanton conduct:

A. Ignoring or failing to acknowledge the receipt of complete medical documentation.

B. Failing to initiate any substantive claims investigation or to communicate any reason for delay or denial.

C. Refusing to tender payment or to otherwise address the merits of Plaintiff's properly documented claim.

D. Persisting in deliberate inaction, thereby exacerbating Plaintiff's financial hardship, emotional distress, and medical uncertainty, including the forced cessation of treatment and threats of collections.

23. The conduct of Gallagher Bassett Services, Inc constitutes bad faith in claims settlement practices, breach of the implied covenant of good faith and fair dealing, and intentional infliction of emotional distress, entitling Plaintiff to all relief afforded under Virginia law, including punitive damages.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Bridgette Blackwell requests that this Court enter judgement against the Defendants providing the following relief:

**Compensatory Damages** – The amount of $1,850,000.00 is sought to redress the financial, emotional, and physical distress inflicted by Defendant actions, and all other consequential and incidental damages sustained.

**Compensatory Economic Damages** for past and future medical expenses, lost wages, and out-of-pocket costs resulting from the loss of health-insurance coverage and inability to complete treatment.

**Compensatory Noneconomic Damages** for pain and suffering, emotional distress, mental anguish, and loss of enjoyment of life.

**Punitive Damages** consistent with Virginia's statutory cap of $350,000 (Va. Code § 8.01-38.1), to punish Defendant's willful and wanton negligence.

**Reimbursement of Legal Fees and Costs**– The Plaintiff seeks reimbursement of all reasonable legal fees and costs incurred in the pursuit of this lawsuit.

**Sanctions and Enhanced Damages** – Appropriate sanctions and enhanced damages for Defendant Gallagher Bassett Services, Inc.'s statutory and common-law breaches.

**Other Relief** – Any further relief the Court deems just and proper under the circumstances.

Respectfully submitted,
Bridgette Blackwell

Date: October 2nd, 2025

/s/ Bridgette Blackwell

Bridgette Blackwell
8300 Greensboro Drive L1, Ste.261
McLean, VA 22102
(Phone) (240)593-1620
bridgetteblackwell08@gmail.com
***Pro Se Plaintiff***

**Exhibit List**

| Exhibits | Description | Date | Source |
|---|---|---|---|
| Exhibit A | Photograph of similar boxes that fell at Costco | April 2, 2024 | Costco premises |
| Exhibit B | Hospital records and diagnosis documenting Plaintiff's concussion from falling boxes | April 10, 2024 | Reston Hospital |
| Exhibit C | Documentation showing Plaintiff's attempts to reinstate medical insurance after losing coverage due to concussion, which caused Plaintiff to prematurely discontinue medical treatment | June 24, 2024 | Freedom Life Insurance |

# EXHIBIT A


adidas
X_PLRPATH
8
PAIR
SUPER SOFT
ANKLET

# EXHIBIT B

Reston Hospital Center
HCA Virginia Health System

Patient: BLACKWELL,BRIDGETTE ...
Account No: K85424857170
Unit No: K001253863
Location: RHC EMERGENCY DEPART...
Physician: Semchyshyn,Michael W...
Date: 04/10/24

## Patient Visit Information

**You were seen today for:**

Closed head injury

**Staff**

Your caregivers today were:

Physician: Semchyshyn,Michael W DO
Nurse: MC

**Patient Instructions Reviewed**

Concussion
ED Standard Education for Capital Division

received 04/10/24 - 1811

**Follow-up**

Please contact the following to make an appointment for follow-up care:

Inova Concussion Clinic
Follow-up Plan: Follow up ASAP

Note:
Please follow up with Inova Concussion Clinic (44035 Riverside Pkwy, #500C, Leesburg, VA 20176) ASAP. Their number: 703-858-6699. Please take the CD of your CT images to your appointment

Note: Your health care plan may require a referral from your primary care provider prior to making an appointment.

FREEDOM LIFE®
INSURANCE COMPANY OF AMERICA
300 Burnett Street, Suite 200, Fort Worth, Texas 76102
800-387-9027

June 24, 2024

Rachelle Blackwell
8300 Greensboro Dr L1 Ste 261
McLean VA 22102

RE: Contract Number(s): 52X651972F, 52X651972L and 72D431153S

Dear Member,

We have received the reinstatement application and we regret to inform you that we are unable to approve reinstatement for Bridgette Blackwell due to the medical history. We are pleased to advise that the reinstatement for the remainder of the family (Rachelle Blackwell and Michaela Dodson) has been approved effective July 1, 2024 subject to the receipt of $581.90, which will pay a monthly direct premium.

Breakdown of reinstatement monies needed are as follows:
52X651972F $345.50
52X651972L $146.45
72D431153S $89.95

Please contact our office to authorize the reinstatement premium payment. Should we not receive this required amount within 10 business days of the date of this letter, your coverage will remain lapsed. Please review the contract(s) for any applicable waiting periods due to the reinstatement of the coverage. After reinstatement, payments will remain on a direct billing mode unless you request an alternate method of payment. Should you have any further questions or need additional assistance, please feel free to contact our Customer Service Department.

Sincerely,
Policy Owner Service Department

RECALL- REINSTATEMENT

APP# 52X651972F NAME: BRIDGETTE BLACKWELL

Information in her claims history shows claims for UNSPECIFIED INJURY OF HEAD 4/17/24, CONCUSSON W/O LOSS OF CONSCIOUSNS and POST-TRAUMATIC HEADACHE. PLEASE PROVIDE DETAILS OF INJURY AND TREATMENT PROVIDED?

Diagnosis of your condition?

CONCUSSION

Date of diagnosis of this condition?

04/04/2024

How did this injury occur?

WAS IN COSTCO AND BENT DOWN TO PULL SOME SHOES FROM THE LOWER LEVEL OF THE STACKS AND THE WHOLE STACK FELL ON HER.

Treatment (Medication)?
YES

If yes, name of medication(s)?
OTC TYLENOL AND PRESCRIBED ONE HEADACHE MEDICATION

Date medication last taken?

AROUND 2 WEEKS AGO

Surgery?
NO

Was recovery complete with no residuals, impairments or ongoing symptoms?
HAS A DOCTORS APPT TUESDAY 06/18/2024 FOR A FOLLOW UP - BUT HEADACES HAVE GONE AWAY

Doctor's name/address that will have your medical records including this medical history?
Inova Emergency Room - Fairfax City
Address: 4315 Chain Bridge Rd, Fairfax, VA 22030
Phone: (703) 877-8200